■ Daniella Tromba et al., Appellants, v New York Telephone Company, Respondent, et al., Defendant.—Order, Supreme Court, New York County, entered April 10, 1978, unanimously modified, in the exercise of discretion, to strike Items Nos. 2, 8, 9 and 15 and the word "exactly" from Item No. 5 and otherwise affirmed, without costs or disbursements. All of the stricken matter except Item No. 15 is inapplicable to the cause of action stated in detail in the complaint. Item No. 15 is repetitive of Item No. 5. Concur—Kupferman, J. P., Silverman, Lane and Markewich, JJ.